UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR 422-0118 |
| | ) |
| v. | ) 18 U.S.C. § 875(c) |
| | ) Transmitting a Threat to Injure in |
| BRYANT MONTRAIS STUBBS | ) Interstate Commerce |
| | ) |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Transmitting a Threat to Injure in Interstate Commerce*
18 U.S.C. § 875(c)

On or about July 27, 2022, in Chatham County, within the Southern District of Georgia and elsewhere, the defendant,

**BRYANT MONTRAIS STUBBS,**

did knowingly and willfully transmit in interstate commerce a threat to injure another; to wit: the defendant made telephone call to a member of the Georgia Air National Guard's 165th Airlift Wing on Hunter Army Airfield, whose name is known to the grand jury, and stated that he would slit the throats of every member of the 165th, or words to that effect.

All in violation of Title 18, United States Code, Section 875(c).



## COUNT TWO
### *Transmitting a Threat to Injure in Interstate Commerce*
18 U.S.C. § 875(c)

On or about July 27, 2022, in Chatham County, within the Southern District of Georgia and elsewhere, the defendant,

## BRYANT MONTRAIS STUBBS,

did knowingly and willfully transmit in interstate commerce a threat to injure another; to wit: the defendant made a telephone call to a E.U., whose name is known to the grand jury, and stated that he would put a bullet in E.U.'s head, or words to that effect.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### *Transmitting a Threat to Injure in Interstate Commerce*
18 U.S.C. § 875(c)

On or about July 27, 2022, in Chatham County, within the Southern District of Georgia and elsewhere, the defendant,

## BRYANT MONTRAIS STUBBS,

did knowingly and willfully transmit in interstate commerce a threat to injure another; to wit: the defendant used an online web platform to contact officers of the Savannah Police Department, stating that he would slit the throat of every officer in the Savannah Police Department, and that they would die by his hands, or words to that effect.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR
*Transmitting a Threat to Injure in Interstate Commerce*
18 U.S.C. § 875(c)

On or about July 28, 2022, in Chatham County, within the Southern District of Georgia and elsewhere, the defendant,

**BRYANT MONTRAIS STUBBS,**

did knowingly and willfully transmit in interstate commerce a threat to injure another; to wit: the defendant made a telephone call to T.S, whose name is known to the grand jury, stating that he would sit across the street and snipe people, and that it could be T.S. who he shot, or words to that effect.

All in violation of Title 18, United States Code, Section 875(c).

4

## COUNT FIVE
### *Transmitting a Threat to Injure in Interstate Commerce*
18 U.S.C. § 875(c)

On or about July 28, 2022, in Laurens County, within the Southern District of Georgia and elsewhere, the defendant,

### BRYANT MONTRAIS STUBBS,

did knowingly and willfully transmit in interstate commerce a threat to injure another; to wit: the defendant made a telephone call to a V.J., whose name is known to the grand jury, stating that he would slit the throat of V.J. and that he would slit the throat of his or her first born child, or words to that effect.

All in violation of Title 18, United States Code, Section 875(c).

{Signatures on Following Page}

5

A True Bill.

David H. Estes
United States Attorney

Jennifer G. Solari
Assistant United States Attorney
*Co-lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Darron J. Hubbard
Special Assistant United States Attorney
*Co-lead Counsel

6