UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.: 4:22-CR-118 |
| BRYANT MONTRAIS STUBBS. | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for July 21st, 2023, August 11th, 2023, August 14th – 18th, 2023, and August 21st – 23rd, 2023. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 6th day of June, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia