IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:22-cr-118 |
| BRYANT MONTRAIS STUBBS, | |
| Defendant. | |

**O R D E R**

Before the Court is the Magistrate Judge's July 10, 2024 Report and Recommendation, (doc. 114), to which no objections have been filed.  After a careful de novo review, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case.  (Doc. 114.)  Accordingly, it is the **JUDGMENT** of the Court that Defendant Bryant Montrais Stubbs is found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 30th day of July, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA